IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:15-CR-1099-RJ-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | ORDER ON PROBABLE CAUSE |
| | ) | AND DETENTION |
| | ) | |
| COURTNEY CRYSTEN COLE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the court today for a preliminary examination on the government's motion for revocation of Defendant's probation [DE-1] and for a hearing on the government's motion to detain Defendant pursuant to 18 U.S.C. § 3141 *et seq*.

At the commencement of the consolidated hearings, Defendant indicated through counsel her intention to waive the preliminary examination and detention hearing in this matter. Defendant and her counsel executed the requisite paperwork memorializing Defendant's desire to waive the preliminary examination and detention hearing in this case. After conducting an inquiry of Defendant and her counsel in open court, this court finds that Defendant has waived her right to a preliminary examination and detention hearing knowingly and voluntarily and the court accepts Defendant's waiver of her right to a preliminary examination and detention hearing.

Based on Defendant's knowing and voluntary waiver, this court finds probable cause exists to hold Defendant over for a hearing on the government's motion to revoke probation. Based on Defendant's waiver of her right to a detention hearing, there is no condition, or combination of conditions, that can be imposed which would reasonably assure Defendant's appearance and/or the safety of another person or the community.

Defendant is therefore committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. Defendant shall be afforded a reasonable opportunity to consult privately with defense counsel. On order of United States Court or on request of an attorney for the government, the person in charge of the corrections facility shall deliver Defendant to the United States marshal for a court appearance.

SO ORDERED, the 16th day of July 2015.

Robert B. Jones, Jr.
United States Magistrate Judge

2